IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| vs. | : | 5:92CR45 (DF) |
| | : | |
| REGINALD WILLIAMS. | : | |
| | : | |

**O R D E R**

The Court has reviewed and carefully considered Defendant's Motion to Amend or Alter Judgment (tab 251). Pursuant to Rule 32.1, the Court held a hearing on Defendant's Revocation Petition. *See* Fed. R. Crim. P. 32.1 (West 2005). Defendant was represented by Counsel and the Court complied with the provisions of Rule 32.1 and 18 U.S.C.A. § 3583 (West 2004). Accordingly, Defendant's sentence will not be altered or amended. Defendant's Motion to Amend or Alter Judgment is **DENIED**.

SO ORDERED, this 29th day of July, 2005.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has